**Opinion issued October 18, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-10-00879-CR**

**NO. 01-10-00880-CR**

———————————

**KOREY ADELEYE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1212111 & 1212112**

## MEMORANDUM OPINION

On July 13, 2012, we abated these two appeals for the trial court to determine, inter alia, whether appellant Korey Adeleye desired to pursue these appeals. The trial court conducted a hearing at which appellant appeared and was represented by counsel. Appellant indicated on the record that he did not wish to pursue his appeals in appellate cause numbers 01–10–00879–CR and 01–10–00880–CR, which are appeals from the trial court's denial of relief on appellant's applications for writ of habeas corpus filed pursuant to article 11.072 of the Code of Criminal Procedure.[1] *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 (Vernon 2011).

At the hearing, the trial court made a finding that appellant does not desire to prosecute his appeals in appellate cause numbers 01–10–00879–CR and 01–10–00880–CR. Appellant also offered a motion to dismiss, signed by appellant and by counsel, which is attached to the hearing record as Exhibit A. *See* TEX. R. APP. P. 42.2(a) (providing that appellant and counsel must sign motion to dismiss appeal and file it with appellate clerk).

We order that appellate cause numbers 01–10–00879–CR and 01–10–00880–CR are reinstated on this Court's docket.

---

[1] Appellant also indicated that he intends to pursue his direct appeals of the judgments of conviction in appellate cause numbers 01–10–00881–CR and 01–10–00882–CR.

We have not yet issued an opinion in either appeal. We dismiss the appeals in appellate cause numbers 01–10–00879–CR and 01–10–00880–CR. The Clerk of this Court is directed to issue the mandate in each appeal within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).